IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUIS BARELA,

      Plaintiff,

vs.                                No. CV 19-1095 KG/SCY

CURRY COUNTY DETENTION CENTER,

      Defendant.

## JUDGMENT

THIS MATTER is before the Court under Fed. R. Civ. P. 41(b) on the handwritten Complaint (Doc. 1) and Amended Complaint (Doc. 6) filed by Plaintiff Luis Barela, and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

IT IS ORDERED that JUDGMENT is entered and the complaint (Doc. 1) and Amended Complaint (Doc. 6) filed by Plaintiff Luis Barela are DISMISSED without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE